DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMY KIMBERLY,**
Appellant,

v.

**BOARD OF COUNTY COMMISSIONERS,
PALM BEACH COUNTY,**
Appellee.

No. 4D2023-0478

[January 25, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Judge; L.T. Case No. 502019CA013979XXXXMB.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Shannon B. Fox, Senior Assistant County Attorney, Palm Beach County Attorney's Office, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***